**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LYNDSEE MILLER,

    Plaintiff(s),

V.                          CASE NO. 23-11727
                             HON. LINDA V. PARKER

EXTREME LOANS, LLC,

    Defendant(s).
_____/

## ORDER OF DISMISSAL

The Plaintiff having filed a Notice of Voluntary Dismissal [ECF No. 10] on October 2, 2023; Accordingly, the above-entitled action is **DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS**.

                            s/Linda V. Parker
                            Linda V. Parker
                            United States District Judge

Dated: October 2, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 2, 2023, by electronic and/or ordinary mail.

                            s/A. Flanigan
                            Case Manager